# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARKDUTCHCO 1 B.V. and <br> MARKMIDCO S.ÀR.L, <br> <br> Plaintiffs and Counterclaim Defendants, <br> <br> v. <br> <br> ZETA INTERACTIVE CORP., <br> <br> Defendant and Counterclaim Plaintiff. | ) <br> ) <br> ) <br> ) C.A. No. 1:17-cv-01420-CFC <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DEFENDANT/COUNTERCLAIM-PLAINTIFF'S MOTION TO STAY

OF COUNSEL:

John Du Wors, Esquire
Nathan Durrance, Esquire
Newman Du Wors Durrance LLP
2101 Fourth Avenue, Suite 1500
Seattle, WA 98121
(206) 274-2800
john@newmanlaw.com
nate@newmanlaw.com

Dated: December 9, 2019

**MORRIS JAMES LLP**

Patricia A. Winston (#5248)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19801
(302) 888-6800
pwinston@morrisjames.com

*Attorneys for Defendant/Counterclaim-Plaintiff*
*Zeta Interactive Corp.*

Defendant Zeta Interactive Corp. moves for a stay of the judgment in this case pending resolution of its appeal of the Court's November 12, 2019 Order (D.I. No. 30), November 21, 2019 Order and Final Judgment (D.I. No. 32), and December 4, 2019 Order Denying Motion to Reconsider (D.I. No. 35). The grounds for this motion are set forth in Zeta's Opening Brief submitted herewith.

                **MORRIS JAMES LLP**

OF COUNSEL:
John Du Wors, Esquire
Nathan Durrance, Esquire
Newman Du Wors Durrance LLP
2101 Fourth Avenue, Suite 1500
Seattle, WA 98121
(206) 274-2800
john@newmanlaw.com
nate@newmanlaw.com

*/s/ Patricia A. Winston*
Patricia A. Winston (#5248)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19801
(302) 888-6800
pwinston@morrisjames.com

*Attorneys for Defendant/Counterclaim Plaintiff Zeta Interactive Corp.*

Dated: December 9, 2019