# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARKDUTCHCO 1 B.V., and MARKMIDCO S.ÀR.L, <br><br>    Plaintiffs and Counterclaim Defendants, <br><br>v. <br><br>ZETA INTERACTIVE CORP., <br><br>    Defendant and Counterclaim Plaintiff. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 1:17-cv-01420-CFC |

## NOTICE OF LODGING OF SUPERSEDEAS BOND

PLEASE TAKE NOTICE that on January 22, 2020, in accordance with the Stipulation and Order approving the posting of a supersedeas bond in the amount of $5,687,425.25, dated January 9, 2020 (D.I. 46), Zeta Interactive Corp. has hereby lodged with the Court the approved Supersedeas Bond (No. US00097883SU20A), attached hereto as Exhibit A.

|  |  |
|---|---|
| OF COUNSEL:<br><br>John Du Wors, Esquire<br>Nathan Durrance, Esquire<br>NEWMAN DU WORS LLP<br>2101 Fourth Avenue, Suite 1500<br>Seattle, WA 98121<br>(206) 274-2800<br>john@newmanlaw.com<br>nate@newmanlaw.com<br><br>Dated: January 22, 2020 | **MORRIS JAMES LLP**<br><br>*/s/ Patricia A. Winston*<br>Patricia A. Winston (No. 5248)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>(302) 888-6800<br>pwinston@morrisjames.com<br><br>*Attorneys for Defendant and Counterclaim Plaintiff Zeta Interactive Corp.* |

11484566/1