# EXHIBIT A

## Appeal Bond

Markdutchco 1 B.V. and Markmidco S.AR.L.
Plaintiff(s)

-against-

Zeta Global Corp.
Defendant(s)

Bond No. US00097883SU20A

Index or
Cause No. 1:17-cv-01420-CFC

KNOW ALL MEN BY THESE PRESENTS, that we Zeta Global Corp.,
as Principal, and XL Specialty Insurance Company, a corporation organized under the laws of the
State of Delaware and authorized to do business in the State of Delaware, as Surety, are held and
firmly bound unto Markdutchco 1 B.V. and Markmidco S.AR.L.,
as Obligee, in the maximum penal sum of Five Million Six Hundred Eighty Seven Thousand Four Hundred Twenty Five
and 25/100 Dollars ($ 5,687,425.25), lawful money of the United States of America, for
which payment well and truly to be made we bind ourselves, our heirs, executors, administrators, successors and assigns,
jointly and severally, firmly by these presents.

WHEREAS, the Principal has appealed to the United States District Court for the District of Delaware from a
judgment entered on the 21st day of November, 2019

NOW, THEREFORE, the condition of this obligation is such that if the Principal shall diligently prosecute its appeal to a
decision, and shall promptly perform and satisfy the judgment, then this obligation will be void; otherwise to remain in full,
force and effect.

SIGNED, SEALED AND DATED this 17th day of January, 2020.

Zeta Global Corp.
By: _____
Steven Vine, Principal

XL Specialty Insurance Company
By: _____
Kathleen M. Coen, Attorney-in-Fact

Surety Phone No. 203-964-5200

PRINCIPAL ACKNOWLEDGMENT

STATE OF  Delaware  )

COUNTY OF  New Castle )

On  January 21, 2020 , before me,  Barbara J. Mikolajczyk  a Notary Public in and for the above county, personally appeared  Steven Vine , who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

IN WITNESS WHEREOF, I have hereunto subscribed by name and affixed my official seal the day and year first above written.

My Commission Expires:

_____
Signature of Notary

[Notary Seal: BARBARA J. MIKOLAJCZYK, MY COMMISSION EXPIRES JANUARY 22, 2023, NOTARY PUBLIC STATE OF DELAWARE]

SURETY ACKNOWLEDGMENT

STATE OF PENNSYLVANIA   )

COUNTY OF MONTGOMERY)

On January 17, 2020, before me, Courtney Mrusko,  a Notary Public in and for the above county, personally appeared Kathleen M. Coen, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she is Attorney-in-Fact of XL Specialty Insurance Company, a corporation organized and existing under the laws of the State of Delaware, that the seal affixed to the foregoing instrument is the corporate seal of the said corporation, that the instrument was signed, sealed, and executed in behalf of said corporation by authority of its Board of Directors, and further acknowledged the said instrument and the execution thereof to be the voluntary act and deed of said corporation by his/her voluntarily executed.

IN WITNESS WHEREOF, I have hereunto subscribed by name and affixed my official seal the day and year first above written.

My Commission Expires: February 29, 2020

_____
Signature of Notary

Commonwealth of Pennsylvania
NOTARIAL SEAL
COURTNEY MRUSKO, Notary Public
WHITPAIN TWP., MONTGOMERY COUNTY
My Commission Expires Feb 29, 2020

STATE OF PENNSYLVANIA
COUNTY OF CHESTER

I, Kevin M. Mirsch, Assistant Secretary of XL SPECIALTY INSURANCE COMPANY, a corporation of the State of Delaware, do hereby certify that the above and forgoing is a full, true and correct copy of a Power of Attorney issued by said Companies, and that I have compared same with the original and that it is a correct transcript therefrom and of the whole of the original and that the said Power of Attorney is still in full force and effect and has not been revoked.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of said Corporation, at the City of Exton, this 17 day of January 2020.



Kevin M. Mirsch, ASSISTANT SECRETARY

IN WITNESS WHEREOF, XL REINSURANCE AMERICA INC. has caused its corporate seal to be hereunto affixed, and these presents to be signed by its duly authorized officers this 2nd day of July, 2019.



XL REINSURANCE AMERICA INC.

by: Gregory Boal, VICE PRESIDENT

Attest: Kevin M. Mirsch, ASSISTANT SECRETARY

STATE OF PENNSYLVANIA
COUNTY OF CHESTER

On this 2nd day of July, 2019, before me personally came Gregory Boal to me known, who, being duly sworn, did depose and say: that he is Vice President of XL REINSURANCE AMERICA INC., described in and which executed the above instrument; that he knows the seal of said Corporation; that the seal affixed to the aforesaid instrument is such corporate seal and was affixed thereto by order and authority of the Board of Directors of said Corporation, and that he executed the said instrument by like order.

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Rebecca C. Shalhoub, Notary Public
Uwchlan Twp., Chester County
My Commission Expires April 25, 2020
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

Rebecca C. Shalhoub, NOTARY PUBLIC

STATE OF PENNSYLVANIA
COUNTY OF CHESTER

I, Kevin M. Mirsch, Assistant Secretary of XL REINSURANCE AMERICA INC. a corporation of the State of New York, do hereby certify that the person who executed this Power of Attorney, with the rights, respectively of XL REINSURANCE AMERICA INC., do hereby certify that the above and forgoing is a full, true and correct copy of a Power of Attorney issued by said Corporation, and that I have compared same with the original and that it is a correct transcript therefrom and of the whole original and that the said Power of Attorney is still in full force and effect and has not been revoked.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of said Corporation, at the City of Exton, this ____ day of _____.



Kevin M. Mirsch, ASSISTANT SECRETARY

This Power of Attorney may not be used to execute any bond with an inception date     7/2/2024  12:00:00AM

THIS DOCUMENT IS PRINTED ON A BLUE BACKGROUND

SB0042



Power of Attorney
XL Specialty Insurance Company
XL Reinsurance America Inc.

THIS IS NOT A BOND NUMBER
LIMITED POWER OF ATTORNEY

XL 1605523

KNOW ALL MEN BY THESE PRESENTS: That XL Specialty Insurance Company, a Delaware insurance companies with offices located at 505 Eagleview Blvd., Exton, PA 19341, and XL Reinsurance America Inc., a New York insurance company with offices located at 70 Seaview Avenue, Stamford, CT 06902, , do hereby nominate, constitute, and appoint:

*Louis J. Bensinger, Kathleen M. Coen, Holly Tallone, Tammy L. Orehek*

each its true and lawful Attorney(s)-in-fact to make, execute, attest, seal and deliver for and on its behalf, as surety, and as its act and deed, where required, any and all bonds and undertakings in the nature thereof, , for the penal sum of no one of which is in any event to exceed $100,000,000.00.

Such bonds and undertakings, when duly executed by the aforesaid Attorney (s) - in - Fact shall be binding upon each said Company as fully and to the same extent as if such bonds and undertakings were signed by the President and Secretary of the Company and sealed with its corporate seal.

The Power of Attorney is granted and is signed by facsimile under and by the authority of the following Resolutions adopted by the Board of Directors of each of the Companies on the 26th day of July 2017.

RESOLVED, that Gary Kaplan, Daniel Riordan, Maria Duhart, Gregory Boal and Kevin Mirsch are hereby appointed by the Board as authorized to make, execute, seal and deliver for and on behalf of the Company, any and all bonds, undertakings, contracts or obligations in surety or co-surety with others and that the Secretary or any Assistant Secretary of the Company be and that each of them hereby is authorized to attest the execution of any such bonds, undertakings, contracts or obligations in surety or co-surety and attach thereto the corporate seal of the Company.

RESOLVED, FURTHER, that Gary Kaplan, Daniel Riordan, Maria Duhart, Gregory Boal and Kevin Mirsch each is hereby authorized to execute powers of attorney qualifying the attorney named in the given power of attorney to execute, on behalf of the Company, bonds and undertakings in surety or co-surety with others, and that the Secretary or any Assistant Secretary of the Company be, and that each of them is hereby authorized to attest the execution of any such power of attorney, and to attach thereto the corporate seal of the Company.

RESOLVED, FURTHER, that the signature of such officers named in the preceding resolutions and the corporate seal of the Company may be affixed to such powers of attorney or to any certificate relating thereto by facsimile, and any such power of attorney or certificate bearing such facsimile signatures or facsimile seal shall be thereafter valid and binding upon the Company with respect to any bond, undertaking, contract or obligation in surety or co-surety with others to which it is attached.

IN WITNESS WHEREOF, the XL SPECIALTY INSURANCE COMPANY has caused its corporate seal to be hereunto affixed, and these presents to be signed by its duly authorized officers this July 2nd, 2019.

XL SPECIALTY INSURANCE COMPANY

by: _____
Gregory Boal, VICE PRESIDENT

STATE OF PENNSYLVANIA
COUNTY OF CHESTER

Attest: _____
Kevin M. Mirsch, ASSISTANT SECRETARY

On this 2nd day of July, 2019, before me personally came Gregory Boal to me known, who, being duly sworn, did depose and say: that he is Vice President of XL SPECIALTY INSURANCE COMPANY, described in and which executed the above instrument; that he knows the seals of said Companies; that the seals affixed to the aforesaid instrument is such corporate seals and were affixed thereto by order and authority of the Boards of Directors of said Companies; and that he executed the said instrument by like order.

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Rebecca C. Shalhoub, Notary Public
Uwchlan Twp., Chester County
My Commission Expires April 28, 2020
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

_____
Rebecca C. Shalhoub, NOTARY PUBLIC

SB0042

№ 5306   P

# State of Delaware



# Department of Insurance

Annual Continuation Fee
$100.00

## Certificate of Authority to Insurance Company

This Certifies that subject to and in accordance with the laws of this State,

The  XL SPECIALTY INSURANCE COMPANY

CT Company, 1209 Orange Street, Wilmington, DE  19801

Of   Administrative: 70 Seaview Avenue, Seaview House, Stamford, CT  06902-6040

Incorporated or Organized on  November 14, 1979  in  Delaware

as a  Stock  insurer is hereby authorized to transact the business of

Health, Credit Health, Property, Surety, Marine & Transportation, Casualty, including: Vehicle, Liability, Burglary & Theft, Personal Property Floater, Glass, Boiler & Machinery, Credit, Workers' Compensation & Employer's Liability, Leakage & Fire Extinguisher Equipment, Malpractice, Elevator, Congenital Defects, Livestock, Entertainments and Miscellaneous

insurance within the State of Delaware as such classes are now or may hereinafter be defined. This Certificate of Authority is the property of State of Delaware and shall continue in force until terminated, suspended or revoked, subject to requirements for continuation by or on March 1 annually as set for in the Insurance Laws of the State of Delaware.

*Admitted on July 1, 1993; Effective September 27, 2012, amended lines of business to include: Health and Credit Health.*

IN WITNESS WHEREOF,
I have hereunto set my hand and official seal, at Dover,
this  27th  day of  September,  20 12

Karen Weldin Stewart, CIR-ML
INSURANCE COMMISSIONER

# XL SPECIALTY INSURANCE COMPANY
## STATUTORY STATEMENT OF ADMITTED ASSETS, LIABILITIES, CAPITAL AND SURPLUS
### December 31, 2018
### (U.S. Dollars)

| Assets: | | Liabilities: | |
|---|---:|---|---:|
| Bonds | 807,055,612 | Loss & loss adjustment expenses | 278,166,698 |
| Stocks | 53,259,084 | Reinsurance payable on paid loss and loss adjustment expenses | 622,862 |
| Cash and short-term investments | 143,264,642 | Unearned premiums | 106,058,889 |
| Receivable for securities | 29,235,432 | Ceded reinsurance premium payable | |
| **Total Invested Assets** | **1,032,814,770** | Funds held by company under reinsurance treaties | 383,182,810 |
| | | Payable for Securities | 29,281,412 |
| | | Other Liabilities | 54,373,339 |
| | | **Total Liabilities** | **851,686,010** |
| Agents Balances | 77,114,828 | Capital and Surplus: | |
| Funds held by or deposited with reinsured companies | 3,730 | Aggregate write-ins for special surplus funds | |
| | | Common capital Stock | 5,812,500 |
| Reinsurance recoverable on loss and loss adjustment expense payments | | Gross paid in and contributed surplus | 330,743,655 |
| Accrued interest and dividends | 4,594,169 | Unassigned surplus | (36,208,269) |
| Other admitted assets | 37,506,399 | **Total Capital and Surplus** | **300,347,886** |
| **Total Admitted Assets** | **1,152,033,896** | **Total Liabilities, Capital and Surplus** | **1,152,033,896** |

I, Andrew Robert Will, Vice President and Controller of XL Specialty Insurance Company (the "Corporation") do hereby certify that to the best of my knowledge and belief, the foregoing is a full and true Statutory Statement of Admitted Assets, Liabilities, Capital and Surplus of the Corporation, as of December 31, 2018, prepared in conformity with the accounting practices prescribed or permitted by the Insurance Department of the State of Delaware. The foregoing statement should not be taken as a complete statement of financial condition of the Corporation. Such a statement is available upon request at the Corporation's principal office located at Seaview House, 70 Seaview Avenue, Stamford, CT 06902-06040.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the Corporation at Stamford, Connecticut.

_____
Vice President and Controller